FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 SEP 17 PM 3: 35

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JUAN CARLOS BURGOS GARCIA,       )
                                 )
            Petitioner,          )
                                 )
    v.                           )       CV 318-042
                                 )
STACEY N. STONE, Warden,         )
                                 )
            Respondent.          )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 17th day of September, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE